**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL DRUSSEL, as next friend of his minor child, T.D., | ) ) ) | 3:12-cv-00551-HDM-WGC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| ELKO COUNTY SCHOOL DISTRICT, JACK FRENCH, and MIKE ALTENBURG, | ) ) ) | |
| Defendants. | ) ) | |

On July 2, 2013, the court ruled on defendants' motion to dismiss, reserving its decision as to that part of defendants' motion that sought to dismiss plaintiff's defamation, libel, and slander claim under Nevada's Anti-SLAPP law. The court directed the parties to engage in limited discovery with respect to that claim and directed plaintiff to file any supplemental opposition on or before August 12, 2013. The court also granted plaintiff leave to file an amended complaint with respect to certain of his claims that had been dismissed.

On July 22, 2013, plaintiff filed an amended complaint. The amended complaint does not contain a defamation, libel, and slander

1

claim.  On August 12, 2013, defendants filed an answer to that complaint.  Plaintiff's amended complaint supersedes his original complaint.  *Dichter-Mad Family Partners, LLP v. United States*, 707 F. Supp. 2d 1016, 1054 (C.D. Cal. 2010).  Accordingly, the defendants' motion to dismiss plaintiff's defamation, libel, and slander claim pursuant to Nevada's Anti-SLAPP law is **DENIED AS MOOT**.

   IT IS SO ORDERED.

   DATED: This 13th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE