**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL DRUSSEL, as next friend of his minor child, T.D., | ) ) ) | 3:12-cv-00551-HDM-VPC |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| ELKO COUNTY SCHOOL DISTRICT, JACK FRENCH, and MIKE ALTENBURG, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' stipulation (#37), this action is hereby dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: This 13th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE